In the Matter of the Claim of EDNA K. GROSS, Appellant, v. MARY HERBERT FASHIONS (BETTER) et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.